UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY RENE COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV01440 AGF |
| ) | |
| ST. LOUIS CHILDREN'S HOSPITAL, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

This matter is before the Court on Defendants' motion for extension of time to file the designation of neutral form and complete the mediation [Doc. # 28], filed on February 28, 2006. Defendants assert that although the parties have selected their mediator, Defendants have been unable to schedule a mutually convenient date for the mediation conference because Plaintiff has failed to respond to Defendants in a timely manner. Because Plaintiff is pro se, the Court assigned Defendants the responsibility to file the necessary forms with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion of extension of time to file the designation of neutral form and complete the mediation is **GRANTED**. The parties shall have until **March 14, 2006** to file the Designation of Neutral Form, identifying the neutral and the date of the mediation conference. The parties shall have until **May 1, 2006** to complete the mediation conference.

**IT IS FURTHER ORDERED** that Plaintiff shall immediately cooperate with Defendants to arrange a date for the mediation conference. Failure to cooperate in good faith with the mediation process may result in the imposition of sanction.

Dated this 1st day of March, 2006.

													_____
													AUDREY G. FLEISSIG
													UNITED STATES MAGISTRATE JUDGE